# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-765-597**

Effective date of registration:

March 1, 2011

## Title

**Title of Work:** Medusae Collection II

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 31, 2008

**Nation of 1st Publication:** United States

## Author

- **Author:** Roxy Towry Russell
  **Author Created:** sculpture/3-D artwork, map and/or technical drawing

  **Citizen of:** United States    **Domiciled in:** United States
  **Year Born:** 1974

## Copyright claimant

**Copyright Claimant:** Roxy Towry Russell
1665 N. El Molino Ave., Pasadena, CA, 91104, United States

## Rights and Permissions

**Name:** Roxy Towry Russell
**Email:** roxy.russell@gmail.com    **Telephone:** 626-376-8059
**Address:** 1665 N. El Molino Ave.
Pasadena, CA 91104 United States

## Certification

**Name:** Roxan Towry Russell
**Date:** March 1, 2011

Page 1 of 2

**Exhibit A**