Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Roxana Towry Russell, d/b/a Roxy Russell Design*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN,<br><br>Plaintiff,<br><br>v.<br><br>INVECH INC, a California Corporation; INVECH INC, a Colorado Corporation; INVECH INC, a Company operating a virtual storefront; CHUN YAN ZHANG, an individual; RUYIN HE, an individual; and ONE NAIL AND LASH BAR, a California Business,<br><br>Defendants. | Case No. 5:19-cv-01074-FMO-SHK<br><br>**PROOF OF SERVICE OF FIRST AMENDED COMPLAINT AND SUMMONS ON INVECH INC (A COLORADO CORPORATION) AND INVECH INC (A COMPANY OPERATING A VIRTUAL STOREFRONT)**<br><br>Judge:   Hon. Fernando M. Olguin |

Plaintiff Roxana Towry Russell, d/b/a Roxy Russell Design ("Plaintiff" or "Ms. Russell") hereby files proof of service on Defendants Invech Inc (based in Colorado Springs, CO ("Invech CO") and Invech Inc (a company operating a virtual storefront ("Invech Virtual Storefront")), as provided below:

**Service on Invech CO**

1. Defendant Invech CO was served in accordance with Fed. R. Civ. P. 4(e)(1) and Section 7-90-704 of the Colorado Revised Statutes (2016). In particular, Section 7-90-704 of the Colorado Revised Statutes provides that if "an entity that is required to maintain a registered agent pursuant to this part 7 has no registered agent, or if the registered agent is not located under its registered agent name at its registered agent address, or if the registered agent cannot with reasonable diligence be served, the entity may be served by registered mail or by certified mail, return receipt requested, addressed to the entity at its principal address."

2. Defendant Invech CO disclosed to the Colorado Secretary of State that its registered agent is Xing Hu, who can be found at 50 E 46th Ave #400, Denver CO, 80216. (*See* Ex. A).

3. Plaintiff attempted service on Invech CO's registered agent. (*See* Ex. B). However, there "was no answer at the residence" and a neighbor informed the process server that no one named Xing Hu can be found at 50 E 46th Ave #400, Denver CO, 80216. (*Id.*)

4. Plaintiff also attempted service on Invech CO at the address of its "principal office," as disclosed to the Colorado Secretary of State: 945 Conrad St., Colorado Springs, CO 80915. However, Invech CO could also not be found at that address. (Ex. C at 1 ("There is another business occupying the office" and Invech CO "was also not listed on the tenant list in the lobby.").

5.     Accordingly, pursuant to Section 7-90-704 of the Colorado Revised Statutes, Plaintiff served Invech CO by certified mail, return receipt requested, at its principal address. (*See* Ex. D).

6.     Pursuant to Section 7-90-704(2)(c) of the Colorado Revised Statutes, service was effected on August 18, 2019, *i.e.*, "five days after mailing."

**Service on Invech Virtual Storefront**

7.     According to Invech CO's representative, Invech CO owns and operates Invech Virtual Storefront. (Ex. E at 4-5)  To the extent, Invech CO and Invech Virtual Storefront are separate entities, Ms. Russell has alleged that they are alter egos. (*See, e.g.*, Dkt. No. 13 ¶¶ 9-11).

8.     Defendant Invech Virtual Storefront was served in accordance with Fed. R. Civ. P. 4(e)(1) and Section 7-90-704 of the Colorado Revised Statutes (2016).

9.     Plaintiff attempted service on Invech Virtual Storefront via Invech CO's registered agent. (*See* Ex. F).  However, there "was no answer at the residence" and a neighbor informed the process server that no one named Xing Hu can be found at 50 E 46th Ave #400, Denver CO, 80216. (*Id.*)

10.    Plaintiff also attempted service on Invech Virtual Storefront at the address of Invech CO's "principal office," as disclosed to the Colorado Secretary of State: 945 Conrad St., Colorado Springs, CO 80915.  However, Invech Virtual Storefront could also not be found at that address. (Ex. G at 1 ("There is another business occupying the office" and Invech Virtual Storefront "was also not listed on the tenant list in the lobby.").

11.    Accordingly, pursuant to Section 7-90-704 of the Colorado Revised Statutes, Plaintiff served Invech Virtual Storefront by certified mail, return receipt requested, at its principal address. (*See* Ex. D).

12.     Pursuant to Section 7-90-704(2)(c) of the Colorado Revised Statutes, service was effected on August 18, 2019, *i.e.*, "five days after mailing."

DATED: August 19, 2019     By:     */s/ Steve Papazian*
                                    Guy Ruttenberg
                                    Steve Papazian
                                    RUTTENBERG IP LAW, A
                                    PROFESSIONAL CORPORATION
                                    1801 Century Park East, Suite 1920
                                    Los Angeles, CA 90067
                                    Telephone: (310) 627-2270
                                    guy@ruttenbergiplaw.com
                                    steve@ruttenbergiplaw.com
                                    *Attorneys for Plaintiff*

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On August 19, 2019, I caused to be served the foregoing document on the interested parties in this action as set forth below:

## PROOF OF SERVICE OF FIRST AMENDED COMPLAINT AND SUMMONS

***VIA US MAIL and EMAIL***

| Chun Yan Zhang (Amy Zhang) <br> onenailandlashbar@gmail.com <br> 10399 E FOOTHILL BLVD, STE. 103A <br> RANCHO CUCAMONGA, CA 91730 | Ruyin He (Phoenix) <br> phoenixhe1088@gmail.com <br> 10399 E FOOTHILL BLVD, STE. 103A <br> RANCHO CUCAMONGA, CA 91730 |
|---|---|

***VIA US MAIL***

| Invech Inc <br> 10399 E FOOTHILL BLVD, STE. 103A <br> RANCHO CUCAMONGA, CA 91730 | One Nail And Lash Bar <br> 10399 E FOOTHILL BLVD, STE. 103A <br> RANCHO CUCAMONGA, CA 91730 |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on August 19, 2019, in Los Angeles, California.

By: _____*/s/ Steve Papazian*_____
        Steve Papazian