# Exhibit D

```
===========================================
                 CRESCENT
              323 N CRESCENT DR
           BEVERLY HILLS, CA 90210-9997
                  050667-0410
                  (800)275-8777
              08/13/2019 02:52 PM
===========================================
===========================================

Product                 Qty   Unit      Price
                              Price
-------------------------------------------
PM 3-Day                 1   $10.40    $10.40
    (Domestic)
    (COLORADO SPRINGS, CO  80915)
    (Weight:1 Lb 0.30 Oz)
    (Expected Delivery Day)
    (Friday 08/16/2019)
Certified                               $3.50
    (USPS Certified Mail #)
    (70183090000189190839)
Return Receipt                          $2.80
    (USPS Return Receipt #)
    (9590940225316306623285)
PM 3-Day                 1   $10.40    $10.40
    (Domestic)
    (COLORADO SPRINGS, CO  80915)
    (Weight:1 Lb 0.40 Oz)
    (Expected Delivery Day)
    (Friday 08/16/2019)
Certified                               $3.50
    (USPS Certified Mail #)
    (70190140000014883259)
Return Receipt                          $2.80
    (USPS Return Receipt #)
    (9590940225316306623292)
-------------------------------------------
Total:                                 $33.40
-------------------------------------------


-------------------------------------------
Credit Card Remitd                     $33.40
    (Card Name:AMEX)
    (Account #:XXXXXXXXXXXX1045)
    (Approval #:838501)
    (Transaction #:781)
    (AID:A000000025010801       Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)
-------------------------------------------

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.
```

**Exhibit D**

**Exhibit D**



**Exhibit D**

**Certified Mail service provides the following benefits:**

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

**Exhibit D**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

COLORADO SPRINGS, CO 80915

Certified Mail Fee $3.50
$                                    $2.80              0410
                                                                      07
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00            Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $10.40
$
Total Postage and Fees
$   $16.70

Sent To Invech Inc
945 Conrad street
Street and Apt. No., or PO Box No.
Colorado Springs  CO  80915
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark: AUG 13 2019  Rq  08/13/2019  90212-USPS

**Exhibit D**

**Certified Mail service provides the following benefits:**

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 *(Reverse)* PSN 7530-02-000-9047

**Exhibit D**