| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED<br><br>2019 SEP 27  PM 2: 58 |
|---|---|
| ATTORNEY(S) FOR: | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ROXANA TOWRY RUSSELL<br><br>Plaintiff(s),<br>v.<br>INVECH INC., CHUN YAN ZHANG, RUYIN HE, ONE NAIL AND LASH BAR<br>Defendant(s) | CASE NUMBER:<br>5:19-CV-01074-FMO-SHK<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | |

9/27/19
Date

Chun Yan Zhang
Signature

Attorney of record for (or name of party appearing in pro per):

_____

CV-30 (05/13)                              NOTICE OF INTERESTED PARTIES