1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION-LOS ANGELES

| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN, Plaintiff, v. INVECH INC., et al, Defendants. | Case No.: 5:19-cv-01074-FMO-SHK<br><br>**[PROPOSED] ORDER RE WALMART INC.'S APPLICATION FOR RECONSIDERATION OF JUDGE FERNANDO M. OLGUIN'S MINUTE ORDER ON PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
|---|---|

1   Having reviewed Walmart Inc.'s Application for Reconsideration of Judge
2   Fernando M. Olguin's Minute Order on Plaintiff's Application to File Documents
3   Under Seal, and good cause appearing therefor,
4       IT IS HEREBY ORDERED that the Minute Order, Dkt. 53, shall be set aside
5   and Walmart's native excel file WMT_RUSSELL_SUB_000001 produced on
6   August 22, 2019, and submitted as Exhibit G to the Declaration of Steve Papazian
7   in Support of Plaintiff's Application for Leave to File Under Seal shall be filed
8   under seal.
9
10  Dated:  November ___, 2019
           **HONORABLE FERNANDO M. OLGUIN**