Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Roxana Towry Russell,
d/b/a Roxy Russell Design*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INVECH INC, a California Corporation; INVECH INC, a Colorado Corporation; INVECH INC, a Company operating a virtual storefront; CHUN YAN ZHANG, an individual; RUYIN HE, an individual; ONE NAIL AND LASH BAR, a California Business; INVECH, a company operating a virtual storefront on Amazon.com and elsewhere; XING HU, an individual; YUYING LIU (a/k/a Ying Liu), an individual,<br><br>Defendants. | Case No. 5:19-cv-01074-FMO-SHK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS INVECH INC (COLORADO); INVECH INC (VIRTUAL STOREFRONT); INVECH INC (AMAZON); XING HU; YUYING LIU**<br><br>Date:     October 8, 2020<br>Time:    10:00 AM<br>Judge:   Hon. Fernando M. Olguin |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 8, 2020 at 10:00 a.m., or as soon thereafter as the Court allows, in Courtroom 6D, located at the United States Courthouse, 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, Plaintiff Roxana Towry Russell, d/b/a Roxy Russell Design ("Plaintiff" or "Ms. Russell") by and through her undersigned attorneys, will and hereby does move the Court to enter default judgment against all remaining Defendants (collectively, "Defaulting Defendants"), Invech Inc., a Colorado Corporation ("Invech CO"), Invech Inc., a company operating a virtual storefront ("Invech VS"), Invech Inc., a company operating a virtual storefront on Amazon.com and elsewhere ("Invech Amazon") Xing Hu, an individual ("Mr. Hu"), Yuying Liu, an individual ("Ms. Liu").

Plaintiff's motion is supported by this Notice, the accompanying Memorandum of Points and Authorities, the Proposed Order and Proposed Judgment, the Declaration of Steve Papazian, the Declaration of Sidney Blum, and the other materials, Orders, declarations and pleadings on file with the Court, and any additional argument that may be heard or submitted including at oral argument.

By this motion, Ms. Russell seeks entry of default judgment against Defaulting Defendants on Ms. Russell's seven counts of copyright infringement. As part of the default judgment, Ms. Russell seeks a judgment for monetary relief consisting of statutory damages under the Copyright Act, reasonable attorneys' fees, and full costs. Ms. Russell's motion also seeks final injunctive relief against Defaulting Defendants. Further, Ms. Russell seeks judgment in this case under Fed. R. Civ. P. 58(a).

| | | | |
|---|---|---|---|
| 1 | DATED: September 3, 2020 | By: | */s/ Steve Papazian* |
| 2 | | | Guy Ruttenberg |
| | | | Steve Papazian |
| 3 | | | RUTTENBERG IP LAW, A |
| | | | PROFESSIONAL CORPORATION |
| 4 | | | 1801 Century Park East, Suite 1920 |
| 5 | | | Los Angeles, CA 90067 |
| | | | Telephone: (310) 627-2270 |
| 6 | | | Facsimile: (310) 627-2260 |
| | | | guy@ruttenbergiplaw.com |
| 7 | | | steve@ruttenbergiplaw.com |
| 8 | | | *Attorneys for Plaintiff* |