JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INVECH INC, a Colorado Corporation; INVECH INC, a Company operating a virtual storefront; INVECH, a company operating a virtual storefront on Amazon.com and elsewhere; XING HU, an individual,<br><br>Defendants. | Case No. 5:19-cv-01074-MCS-SHK<br><br>**JUDGMENT AGAINST DEFENDANTS INVECH INC (COLORADO); INVECH INC (VIRTUAL STOREFRONT); INVECH INC (AMAZON); XING HU**<br><br>Judge:   Hon. Mark C. Scarsi |

JUDGMENT

Upon the motion of Plaintiff Roxana Towry Russell, d/b/a Roxy Russell Design ("Plaintiff" or "Ms. Russell"), the Court hereby enters judgment under Fed. R. Civ. P. 58(a) in favor of Ms. Russell against Defendants, Invech Inc., a Colorado Corporation ("Invech CO"), Invech Inc., a company operating a virtual storefront ("Invech VS"), Invech Inc., a company operating a virtual storefront on Amazon.com and elsewhere ("Invech Amazon"), and Xing Hu, an individual ("Mr. Hu") ("Defendants") on Ms. Russell's seven counts of Copyright Infringement as follows:

1. Ms. Russell is awarded $370,907.70. Post-judgment interest shall accrue in accordance with applicable law. Defendants are jointly and severally liable for the full amount of the judgment.

2. Defendants and their officers, directors, agents, servants, employees, affiliates, attorneys, and all others acting in privity or in concert with them, and their parents, subsidiaries, divisions, successors and assigns are enjoined from acts of infringement of Roxana Towry Russell's copyrighted works.

**IT IS SO ORDERED.**

Dated: November 17, 2020

By _____
Mark C. Scarsi
United States District Judge